UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THIRD DEGREE FILMS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:12-cv-01292-MJD |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-33, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 50.90.130.22, 50.90.138.242, 50.90.169.110, 50.90.180.131, 50.90.196.85, 50.90.68.27, 71.46.64.222, 199.168.75.209, 173.167.183.93, 50.73.116.177, 50.140.152.85, 67.174.27.202, 67.184.121.115, 68.51.106.50, 68.51.106.71, 68.57.252.132, 68.57.253.150, 68.58.124.75, 68.58.16.32, 69.136.168.12, 71.239.235.207, 98.212.56.107, 98.215.184.160, 98.215.74.104, 98.22.106.76, 98.226.137.107, 98.227.0192, 98.253.184.226, 98.253.8.165, 216.252.39.32, 38.109.176.163, 107.10.248.174 and 107.10.250.129, respectively. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 15, 2012

        Respectfully submitted,

        NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
       Paul J. Nicoletti, Esq. (P44419)
       36880 Woodward Ave, Suite 100
       Bloomfield Hills, MI 48304
       Tel:  (248) 203-7800
       Fax:  (248) 203-7801
       E-Fax: (248) 928-7051
       Email:  paul@nicoletti-associates.com
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Paul J. Nicoletti*